THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTONIO MARINO, Appellant.

*Crimes — murder — judgment of conviction affirmed.*

(Argued January 29, 1923; decided March 13, 1923.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York rendered June 23, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert L. Levinson* and *Leonard F. Fish* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.